UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HARRY TRES MEYER,                    :

                Plaintiff,    :    Case No.

      - against -                    :

CARDEAN LEARNING GROUP LLC,    :    **RULE 7.1 STATEMENT**

                Defendant.   :
-------------------------------------------------------X

JUDGE KARAS

07 CIV 5466

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cardean Learning Group LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None.

Dated: New York, New York
       June 8, 2007

GREENBERG TRAURIG, LLP

By: _____
Neil A. Capobianco (NC-5262)

200 Park Avenue
New York, NY 10166
(212) 801-9200

*Attorneys for Defendant
Cardean Learning Group LLC*

16687979v1