UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | | |
|---|---|---|
| HARRY TRES MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07 Civ. 5466 |
| | ) | (KMK) |
| vs. | ) | |
| | ) | |
| CARDEAN LEARNING GROUP LLC | ) | |
| | ) | |
| Defendant. | ) | |
| _____) | | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for the Plaintiff HARRY TRES MEYER.

Respectfully submitted this 25th day of June, 2007.

_____
Nishani Naidoo (NN-2982155)
Counsel for Plaintiff, Harry Tres Meyer

**Law Office of Nishani Naidoo LLC**
P.O. Box 282
Bedford, NY 10506
Ph/Fax: (917) 591-9828