KARAS, J

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARRY TRES MEYER, | ) |
| Plaintiff, | ) Civil Action No.: 07 Civ. 5466 |
| vs. | ) (KMK) |
| CARDEAN LEARNING GROUP LLC | ) |
| Defendant. | ) |

### STIPULATION EXTENDING INITIAL RESPONSE DEADLINE

**WHEREAS** Defendant's time to respond to Plaintiff's Complaint in the above-captioned action is June 15, 2007 and no previous request for any extension has been made,

**NOW, THEREFORE**, it is hereby stipulated and agreed by and between the undersigned counsel for the parties that Defendant's time to respond to Plaintiff's Complaint is hereby extended for two weeks - through June 29, 2007.

Respectfully submitted this 18th day of June, 2007.

_____
Nishani Naidoo (NN-2982155)
Counsel for Plaintiff, Harry Tres Meyer

**Law Office of Nishani Naidoo**
P.O. Box 282
Bedford, NY 10506
(917) 591-9828

_____
Neil A. Capobianco (NC-5262)
Counsel for Defendant Cardean Learning Group LLC

**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue
New York, New York 10166
Ph:   (212) 801-9200
Fax:  (212) 801-6400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/20/07

SO ORDERED:
_____
Judge Kenneth M. Karas, U.S.D.J.
6/18/07

ATL 16690705v1 6/15/2007