USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/07

KARAS, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY TRES MEYER,

          Plaintiff,

vs.

CARDEAN LEARNING GROUP LLC

          Defendant.

Civil Action No.: 07 Civ. 5466
(KMK)

### STIPULATION EXTENDING INITIAL RESPONSE DEADLINE

WHEREAS Defendant's time to respond to Plaintiff's Complaint in the above-captioned action is June 29, 2007 and <u>one</u> previous request for any extension has been made,

NOW, THEREFORE, it is hereby stipulated and agreed by and between the undersigned counsel for the parties that Defendant's time to respond to Plaintiff's Complaint is hereby extended for two weeks - through July 13, 2007.

Respectfully submitted this 28th day of June, 2007.

_____
Nishani Naidoo (NN-2982155)
Counsel for Plaintiff, Harry Tres Meyer

**Law Office of Nishani Naidoo**
P.O. Box 282
Bedford, NY 10506
(917) 591-9828

_____
Neil A. Capobianco (NC-5262)
Counsel for Defendant Cardean Learning Group LLC

**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue
New York, New York 10166
Ph:    (212) 801-9200
Fax:   (212) 801-6400

SO ORDERED:

_____
Judge Kenneth M. Karas, U.S.D.J.
7/3/07

ATL 16690705v1 6/15/2007