UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY TRES MEYER,                            )
                                             )
                    Plaintiff,               )        Civil Action No.: 07 Civ. 5466
                                             )                (KMK)
vs.                                          )
                                             )
CARDEAN LEARNING GROUP LLC                   )
                                             )
                    Defendant.               )
                                             )

## STIPULATION

It is hereby stipulated and agreed between the undersigned as follows:

1.  Plaintiff shall discontinue Count II of the Complaint with prejudice.

2.  Defendant shall serve and file a Verified Answer to the Complaint on or before Friday, July 13, 2007.

3.  Counsel to the parties hereto shall hold a conference to discuss the matters set forth in FRCP § 26(f) on or before July 20, 2007.

Respectfully submitted this 2nd day of July, 2007.

_____
Nishani Naidoo (NN-2982155)
Counsel for Plaintiff, Harry Tres Meyer

**Law Office of Nishani Naidoo**
P.O. Box 282
Bedford, NY 10506
Ph/Fax: (917) 591-9828

_____
Neil A. Capobianco (NC-5262)
Counsel for Defendant Cardean Learning Group LLC

**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue
New York, New York 10166
Ph:    (212) 801-9200
Fax:   (212) 801-6400

SO ORDERED;

_____
Judge Kenneth M. Karas, U.S.D.J.
          7/10/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07