UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY TRES MEYER,<br><br>                    Plaintiff,<br>vs.<br><br>CARDEAN LEARNING GROUP, LLC.,<br><br>                    Defendant. | 07-cv-5466 (KMK)<br><br>**Motion to Admit Counsel**<br>*Pro Hac Vice* |

    Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Court for the Southern District of New York, I, Neil A. Capobianco, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Amanda Salter Thompson, Esq., an associate of Greenberg Traurig, LLP located at 3290 Northside Parkway, Suite 400, Atlanta, Georgia 30327, telephone no.: 678.553.2672 and facsimile no.: 678.553.2673, is a member in good standing of the Bar of the State of Georgia. Amanda Salter Thompson, Esq., is admitted to practice in the United States District Court for the Northern and Middle Districts of Georgia and the Georgia Supreme Court.

    There are no pending disciplinary proceeding against Amanda Salter Thompson, Esq., in any State or Federal court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY TRES MEYER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07 Civ. 5466 |
| ) | (KMK) |
| vs. ) | |
| ) | |
| CARDEAN LEARNING GROUP, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### PETITION FOR ADMISSION TO APPEAR *PRO HAC VICE*

COMES NOW **Amanda Salter Thompson, Esq.**, pursuant to Local Civil Rule 1.3(c), of the Local Rules of The United States District Courts for the Southern and Eastern Districts of New York, who hereby applies for an Order authorizing her admission to this Court to practice *pro hac vice* as lead counsel of record for Defendant Cardean Learning Group in the above-styled action pending in this Court, and respectfully shows the following:

1.

The name, address and telephone number of the applicant for admission *pro hac vice* is Amanda Salter Thompson of the firm Greenberg Traurig, LLP, The Forum, 3290 Northside

Amanda Salter Thompson will serve as lead counsel in this action, and will be associated in this action by Neil Capobianco (New York Bar No. NC-5262) of the firm Greenberg Traurig, 200 Park Avenue, New York, New York 10166, telephone (212) 801-9200. Mr. Capobianco is a resident of the State of New York and is duly and regularly admitted to practice in the United States District Court for the Southern District of New York.

This 27 day of July, 2007.

                    Respectfully submitted,

| GREENBERG TRAURIG, LLP | GREENBERG TRAURIG, LLP |
|---|---|
| 200 Park Avenue | Suite 400 – The Forum |
| New York, NY 10166 | 3290 Northside Parkway |
| 212-801-9200 | Atlanta, GA 30327 |
| fax 212-801-6400 | 678-553-2672 |
| | fax 678-553-2673 |

*/s/ Neil Capobianco*
NEIL CAPOBIANCO
New York Bar No. NC-5262

*/s/ Amanda Salter Thompson*
AMANDA SALTER THOMPSON
Georgia Bar No. 622854



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    }
                            } ss.
NORTHERN DISTRICT OF GEORGIA }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

DO HEREBY CERTIFY that AMANDA S. THOMPSON, State Bar No. 622854, was duly admitted to practice in said Court on DECEMBER 10, 1998, and is in good standing as a member of the bar of said Court.

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Ms. Amanda S. Thompson
Greenberg Traurig LLP
3290 Northside Pkwy., N.W., Suite 400
Atlanta, GA  30327

**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     01/09/1998

**Attorney Bar Number:**     622854

Today's Date:    July 17, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
-Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
-Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
-Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY TRES MEYER,<br><br>            Plaintiff,<br>vs.<br><br>CARDEAN LEARNING GROUP, LLC.,<br><br>            Defendant. | 07-cv-5466 (KMK)<br><br>**AFFIDAVIT OF<br>NEIL A. CAPOBIANCO<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br><u>PRO HAC VICE</u>** |

State of New York    )
                     )  ss:
County of New York   )

Neil A. Capobianco, being duly sworn, hereby deposes and says as follows:

1) I am Of counsel at Greenberg Traurig, LLP, counsel for defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Amanda Salter Thompson as counsel *pro hac vice* to represent the Defendant in this matter.

2) I am a member in good standing of the bar of the State of New York, and was admitted to practice law in August 1989. I am also admitted to the bar of the United

6) Accordingly, I am pleased to move the admission of Amanda Salter Thompson, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE IT IS respectfully requested that the motion to admit Amanda Salter Thompson, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:   August 3, 2007
         New York, New York

Respectfully submitted,

*Neil A. Capobianco*
Neil A. Capobianco (NC-5262)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY TRES MEYER,<br><br>      Plaintiff,<br><br>vs.<br><br>CARDEAN LEARNING GROUP, LLC.,<br><br>      Defendant. | Civil No: 07-Civ -5466<br>(KMK)<br><br><br>***PRO HAC VICE* ORDER** |

  The petition for admission to practice *pro hac vice* of Amanda Salter Thompson, Esq., in the above-captioned action is granted. The admitted attorney, Amanda Salter Thompson, is permitted to argue or try this particular case in whole or in part as counsel; or advocate.

  An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

  This Order confirms counsel's appearance in this case, and such appearance will be entered on the Court's docket. A notation of such admission *pro hac vice* for the

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY TRES MEYER, )<br><br>      Plaintiff, )<br><br>vs. )<br><br>CARDEAN LEARNING GROUP, LLC, )<br><br>      Defendant. ) | Civil Action No. 07 Civ. 5466<br>(KMK) |

## CERTIFICATE OF SERVICE

I, L.N. Morrisey, hereby certify, pursuant to Fed.R.Civ.P. Rule 5(b), that I served a copy of the foregoing **Amended Petition for Admission to Appear** *Pro Hac Vice*, and an **Affidavit in Support** by first class mail to the last known office address of the attorney for plaintiff(s) on this date as follows:

    Nishani Naidoo
    Attorney for Plaintiff
    P.O. Box 282
    Bedford, NY 10506