**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARRY TRES MEYER,<br><br>                Plaintiff,<br><br>vs.<br><br>CARDEAN LEARNING GROUP, LLC.,<br><br>                Defendant. | Civil No: 07-Civ -5466<br>(KMK)<br><br>***PRO HAC VICE* ORDER** |

      The petition for admission to practice *pro hac vice* of Amanda Salter Thompson, Esq., in the above-captioned action is granted. The admitted attorney, Amanda Salter Thompson, is permitted to argue or try this particular case in whole or in part as counsel; or advocate.

      An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

      This Order confirms counsel's appearance in this case, and such appearance will be entered on the Court's docket. A notation of such admission *pro hac vice* for the above-captioned action will be made on the role of attorney.

      The attorney *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: New York, New York
       August 20, 2007

                                                                   United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07
```

ATL 16703653v1