UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

HARRY TRES MEYER,               )
                                )
          Plaintiff,            )         Civil Action No.: 07 Civ. 5466
                                )         (RJS)
vs.                             )
                                )
CARDEAN LEARNING GROUP LLC      )
                                )
          Defendant.            )
_____)

## ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and the stipulation of the parties, dated November 9, 2007, all remaining claims in this action are dismissed, with prejudice, and each party will bear its own attorneys' fees and costs.

SO ORDERED.

_____
11/9/07

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```